

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-01027-CV

ARNOLD GOFFE, Appellant

V.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACK-CERTIFICATES, SERIES 2005-HE11, Appellee

Appeal from the 334th Judicial District Court of Harris County. (Tr. Ct. No. 2013-77133).

This case is an appeal from the order signed by the trial court on November 24, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 7, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Bland, and Massengale.